Octavia SMITH, petitioner, v. DALLAS COUNTY HOSPITAL DISTRICT, dba Parkland Health and Hospital System.

No. 16–6011.

Nov. 28, 2016.

Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.